Case 1:24-mj-00229-GMH Document

Case: 1:24-mj-00229
Assigned To : Judge G. Michael Harvey
Assign. Date : 7/23/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiliant, ▮▮▮▮▮▮, is a Task Force Officer assigned to the Federal Bureau of Invesitgation (FBI), Albany Field Office – Syracuse Resident Agency. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## IDENTIFICATION OF NATHAN BREESE

In January 2024, the FBI interviewed a person, Witness 1, who has known Nathan Breese for many years. Witness 1 confirmed that the person depicted in Image 1, below, is Breese.



*Image 1:* screenshot from open-source video footage from January 6, 2021, showing Breese (circled in yellow).



*Image 2:* screenshot from open-source video footage from January 6, 2021, showing Breese (circled in yellow) standing in front of 101 Constitution Ave. NW, a block away from the U.S. Capitol Grounds.

On July 11, 2024, I interviewed Breese in the New York State Police barracks in Auburn, NY. Breese stated that he had traveled to Washington, D.C. to attend the Stop the Steal Rally, and identified himself in photos taken inside and around the U.S. Capitol on January 6, 2021.

Based on my review of video footage, including open source video and USCP CCV footage, I have observed an individual who, based on my review of Image 1 and Image 2, I believe is Breese, both inside and outside the U.S. Capitol building on January 6, 2021. Breese was dressed in a dark baseball cap baseball cap reading "Trump" in white letters, orange-and-yellow-colored mirrored sunglasses, and a hooded sweatshirt with a distinctive half-camouflage, half-American-flag pattern. He also wore a black face mask with white lettering while inside the Capitol building.

### NATHAN BREESE'S ACTIONS ON JANUARY 6



*Image 3:* cropped still photo taken in front of the East Rotunda door (through which Breese both entered and left the U.S. Capitol), showing Breese (circled in yellow).

At approximately 3:26 p.m., Breese put on his sunglasses and a black facemask, and entered the U.S. Capitol building through the East Rotunda door.



***Image 4:*** *screenshot from U.S. Capitol CCV footage showing Breese (circled in yellow) entering the U.S. Capitol through the East Rotunda door.*

Breese remained inside the Rotunda foyer for approximately two minutes, before leaving through the same door. While inside, Breese appeared to join in chanting with the crowd and used his phone to take videos or photographs of the inside of the Capitol.



*Images 5 and 6:* screenshots from U.S. Capitol CCV footage showing Breese (circled in yellow) inside the U.S. Capitol.



*Image 7:* screenshot from U.S. Capitol CCV footage showing Breese (circled in yellow) inside the U.S. Capitol.



**Image 8:** *screenshot from U.S. Capitol CCV footage showing Breese (circled in yellow) leaving the U.S. Capitol.*

### AFFIANT'S CONCLUSION

Based on the foregoing, your affiant submits that there is probable cause to believe that Breese violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that Breese violated 40 U.S.C. §§ 5104(e)(2)(D) and (e)(2)(G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of July, 2024.

 

                                                           _____
                                                           HONORABLE G. MICHAEL HARVEY
                                                           U.S. MAGISTRATE JUDGE